**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 06-00032 LKK (KJM)<br><br>Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated in N.D. Cal.)<br><br><u>CLASS ACTION</u><br><br>ORDER SEALING DEFENDANTS' OPPOSITION TO ADAM HAHN'S MOTION FOR A PROTECTIVE ORDER AND SELECTED EXHIBITS TO KONOVALOV DECLARATION |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER SEALING DEFENDANTS'
OPPOSITION TO HAHN MOTION, SELECTED EXHIBITS
Master File No. C-01-0988-MJJ (JCS)

Having considered the papers regarding Defendants' Administrative Request to File Under Seal Defendants' Opposition to Adam Hahn's Motion for a Protective Order and Exhibits B, C and D to the Declaration of Paul V. Konovalov in Support of Oracle's Opposition to Adam Hahn's Motion for a Protective Order, having discussed the matter with counsel at hearing on April 12, 2006, and finding good cause therefore:

Defendants' Opposition to Adam Hahn's Motion for a Protective Order (docket no. 5) and Exhibits B, C and D attached to the Declaration of Paul V. Konovalov in Support of Oracle's Opposition to Adam Hahn's Motion for a Protective Order (docket no. 6) shall be filed under seal. Defendants are directed to provide electronic copies of the documents covered by this sealing order, in CD-ROM format, to the Clerk's Office along with a copy of this order. Upon receipt of the CD-ROM and copy of this order, the Clerk's Office shall file the electronic copies of the documents under seal, under the docket numbers identified above.

IT IS SO ORDERED.

DATED: April 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

DATED: April 7, 2006

| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Jamie L. Wine  (SBN 181373)<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>E-mail: jamie.wine@lw.com |

         **/s/**
_____
       Paul V. Konovalov

SF\556998.1

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER SEALING DEFENDANTS'
OPPOSITION TO HAHN MOTION, SELECTED EXHIBITS
Master File No. C-01-0988-MJJ (JCS)