**FILED**

JUN - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION, SECURITIES LITIGATION, | |
| Plaintiff, | No. Misc. 06-0032 LKK KJM |
| vs. | |
| DEPOSITION OF ADAM HAHN, | |
| Defendant. | SEALING ORDER |

Having considered the papers regarding Oracle's Supplemental Submission in Further Support of Oracle's Opposition to Adam Hahn's Motion for Protective Order, and finding good cause therefore, Exhibit A to the Declaration of Paul V. Konovalov in Support of Oracle's Supplemental Submission in Further Support of Oracle's Opposition to Adam Hahn's Motion for Protective Order shall be sealed.

Counsel for Oracle is directed to provide an electronic copy of the Exhibit A covered by this sealing order, in CD-ROM format, to the Clerk's Office along with a copy of

/////

/////

/////

/////

1

1 | this order. Upon receipt of the CD-ROM and copy of this order, the Clerk's Office shall file the
2 | electronic copy of the Exhibit A under seal. Counsel for Oracle is further directed to
3 | electronically file on the Court's public docket the briefing component of Oracle's Supplemental
4 | Submission, for which the request to seal is not granted.
5 | IT IS SO ORDERED.
6 | DATED: April 25, 2006.

UNITED STATES MAGISTRATE JUDGE